RALPH BURDIN, RESPONDENT v. SALLIE WILLIAMSON, APPELLANT.

*Effect of charging to purchaser goods sold — when undisclosed principal may be charged.*

The fact that goods sold are charged to the purchaser, shows, unless explained, that the credit is given to such person. (*Buck* v. *Amidon*, 4 Daly, 126.)

Although, if a person selling goods to another on the supposition that he is dealing with him as principal, subsequently discovers that such person is but an agent, he may resort to his principal, even if he had personally charged them to the agent; yet, if at the time he knows who the principal is, and still voluntarily and without fraud selects the agent as his debtor, he cannot afterward resort to the principal.

APPEAL from a judgment of the County Court of Allegany county, affirming the judgment of a justice of the peace, in favor of the plaintiff.

*D. L. Benton*, for appellant. *Wm. Spargur*, for respondent.

Opinion by GILBERT, J.

Present — SMITH, P. J., GILBERT and MERWIN, JJ.

Judgment reversed.